# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-3302
LT Case No. 2024-CF-001991-A

_____

NICKLAUS ANDREW NIXON

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
London M. Kite, Judge.

Matthew J. Metz, Public Defender, and Ryan M. Belanger,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson,
Assistant Attorney General, Tallahassee, for Appellee.

October 14, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, BOATWRIGHT, and KILBANE, JJ., concur.

―――――――――――――――――

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

―――――――――――――――――